LINK:

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| Case No. | CV 15-00829 BRO (FFMx) | Date | April 22, 2015 |
|---|---|---|---|
| Title | CARLO A. CARRION V. UNITED STUDENT AID FUNDS, INC. ET AL. | | |

| Present: The Honorable | **BEVERLY REID O'CONNELL, United States District Judge** | |
|---|---|---|
| Renee A. Fisher | Not Present | N/A |
| Deputy Clerk | Court Reporter | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

**Proceedings:**     (IN CHAMBERS)

## ORDER TO SHOW CAUSE RE: VOLUNTARY DISMISSAL

On April 20, 2015, Plaintiff Carlo Carrion filed a notice indicating that he wishes to dismiss this case voluntarily. (Dkt. No. 25.) Pursuant to Federal Rule of Civil Procedure 41(a)(1), a plaintiff may unilaterally dismiss its case "before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i). In this case, however, both Defendants Navient Solutions, Inc. and United Student Aid Funds, Inc. have filed Answers to Plaintiff's First Amended Complaint. (Dkt. Nos. 1-3, 1-4.) Accordingly, under Federal Rule of Civil Procedure 41(a)(2), Plaintiff's "action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper." Fed. R. Civ. P. 41(a)(2).

If Plaintiff wishes to dismiss his case, he must file a motion seeking leave from the Court to do so. Under Local Rule 7-3, Plaintiff must confer with opposing counsel at least seven days before filing such motion to determine whether the motion will be opposed. C.D. Cal. L.R. 7-3. If Defendants wish to oppose the motion, Plaintiff must then schedule a hearing with the Court on an available hearing date, at least twenty-eight days in advance. C.D. Cal. L.R. 6-1. Plaintiff should note, however, that the Court need not hold a hearing before ruling on his motion. *See* C.D. Cal. L.R. 7-15. If Defendants do not intend to oppose Plaintiff's motion for voluntary dismissal of his case, the parties may file a stipulation to that effect for the Court to consider. Accordingly, the parties are **ORDERED** to meet and confer regarding Plaintiff's desire for voluntary dismissal of his case by no later than **Friday, May 1, 2015**. Plaintiff must then file any motion for voluntary dismissal no later than **Friday, May 15, 2015**.