LINK:

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| Case No. | CV 15-00829 BRO (FFMx) | Date | May 6, 2015 |
|---|---|---|---|
| Title | CARLO A. CARRION V. UNITED STUDENT AID FUNDS, INC. ET AL. | | |

| Present: The Honorable | BEVERLY REID O'CONNELL, United States District Judge | |
|---|---|---|
| Renee A. Fisher | Not Present | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**     (IN CHAMBERS)

## ORDER TO SHOW CAUSE RE: SANCTIONS

On April 27, 2015, the Court held a Scheduling Conference at which Plaintiff Carlo Carrion failed to appear. As a result, the Court issued an order to show cause as to why the Court should not dismiss this action for failure to appear at the Scheduling Conference and for failure to comply with the Court's Scheduling Conference Order. (Dkt. No. 28.) Plaintiff was ordered to respond by no later than Monday, May 4, 2015, at 4 p.m. Yet the sole document Plaintiff has filed since that time, (Dkt. No. 29), failed to address Plaintiff's failure to appear at the Court's Scheduling Conference. Instead, Plaintiff's response discussed only the reasons why Plaintiff believes that his case should be remanded to state court. (*See* Dkt. No. 29.)

Accordingly, Plaintiff is hereby **ORDERED** to appear on **Monday, May 18, 2015, at 9:00 a.m.** to explain why he did not comply with the Court's orders. Should Plaintiff fail to appear, Plaintiff risks the imposition of monetary sanctions and dismissal without prejudice as a sanction for Plaintiff's failure to comply with this Court's orders. *See Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (9th Cir. 1992) ("Pursuant to Federal Rule of Civil Procedure 41(b), the district court may dismiss an action for failure to comply with any order of the court.").

**IT IS SO ORDERED.**                                                                                          :

                                                                                     Initials of Preparer        rf