LINK:

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| Case No. | CV 15-00829 (BRO) (FFMx) | Date | July 15, 2015 |
|---|---|---|---|
| Title | CARLO A. CARRION V. UNITED STUDENT AID FUNDS, INC. ET AL. | | |

| Present: The Honorable | **BEVERLY REID O'CONNELL, United States District Judge** | |
|---|---|---|
| Renee A. Fisher | Not Present | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**       (IN CHAMBERS)

### ORDER TO SHOW CAUSE RE: DISMISSAL FOR FAILURE TO OPPOSE

    Pending before the Court is a motion for judgment on the pleadings filed by Defendants United Student Aid Funds, Inc. and Navient Solutions, Inc. (collectively, "Defendants"). (Dkt. No. 44.) Defendants' motion seeks to dismiss Plaintiff Carlo A. Carrion's ("Plaintiff") complaint with prejudice. The motion is currently set for a hearing on Monday, August 3, 2015, at 1:30 p.m. Under the Central District's Local Rules, a party must oppose a motion at least twenty-one (21) days prior to the scheduled hearing date. *See* C.D. Cal. L.R. 7-9.[1] Accordingly, Plaintiff's opposition, if any, was due no later than July 13, 2015. Yet as of today, Plaintiff has filed no opposition. Pursuant to Local Rule 7-12, the failure to file an opposition "may be deemed consent to the granting . . . of the motion." *See* C.D. Cal. L.R. 7-12. Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE** as to why Defendants' motion should not be granted. **Both (1) Plaintiff's response to this Order and (2) Plaintiff's opposition to the motion, if any, shall be filed by no later than Friday, July 24, 2015, at 4:00 p.m.** An appropriate response will include reasons demonstrating good cause for Plaintiff's failure to timely oppose. Plaintiff's failure to file an opposition by this deadline may result in the granting of Defendants' motion. **The hearing on Defendants' motion is hereby continued to Tuesday, August 11, 2015, at 1:30 p.m.**

    **IT IS SO ORDERED.**

|  | : |
|---|---|
| | Initials of Preparer     rf |

---

[1] A copy of the Local Civil Rules is available at the United States District Court, Central District of California's website: https://www.cacd.uscourts.gov/court-procedures/local-rules.