JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Carlo A. Carrion,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>United Student Aid Funds, Inc. & Sallie Mae Inc. et all (SLM Corporation and Naviet),<br><br>　　　　　　Defendants. | Case No. 2:15-cv-00829-BRO (FFMx)<br><br>**JUDGMENT**<br><br>Complaint Filed:　December 31, 2014<br>Trial Date:　　　　None Set<br>District Judge:　　Hon. Beverly Reid O'Connell<br>Magistrate Judge:　Hon. Frederick F. Mumm |
|---|---|

1 | Defendants UNITED STUDENT AID FUNDS, INC. and NAVIENT
2 | SOLUTIONS, INC., formerly known as Sallie Mae, Inc. (erroneously named as
3 | "Sallie Mae Inc. et all (SLM Corporation and Naviet)") (collectively, "Defendants")
4 | motion for judgment on the pleadings came on regularly for hearing on August 17,
5 | 2015, at 1:30 p.m., in Courtroom 14, the Honorable Beverly Reid O'Connell
6 | presiding.

7 | After full consideration of the papers filed by the parties and oral argument,
8 | the Court issued its order GRANTING the Motion in its entirety and dismissing
9 | plaintiff Carlo A. Carrion's claims with prejudice.

10 | Based on the foregoing, **IT IS HEREBY ORDERED, ADJUDGED AND**
11 | **DECREED** that Plaintiff recover nothing and that the action be dismissed on the
12 | merits with prejudice.

**IT IS SO ORDERED.**

Dated:  August 25, 2015

HON. BEVERLY REID O'CONNELL
U.S. DISTRICT COURT

# CERTIFICATE OF SERVICE

I am and was at all times herein mentioned over the age of 18 years and not a party to the action in which this service is made. At all times herein mentioned I have been employed in the County of Los Angeles in the office of a member of the bar of this court at whose direction the service was made. My business address is 400 S. Hope Street, Suite 1200, Los Angeles, California 90071.

On August 24, 2015, I served the following document [PROPOSED] JUDGMENT by placing a true copy thereof in a sealed envelope addressed as follows:

Carlo A. Carrion                          In Pro Per
11959 Nebraska Ave. #107
Los Angeles, CA  90025

☒ **BY MAIL:** I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Ogletree, Deakins, Nash, Smoak & Stewart P.C.'s practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I declare that I am employed in the office of a member of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on August 24, 2015, at Los Angeles, California.


                                        */s/Carmen Chavez*
                                        Carmen Chavez